UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO McCRAY, | 1:05-cv-00044-REC-SMS-P |
|         Plaintiff, | **ORDER ADOPTING FINDING AND RECOMMENDATIONS** (Doc. 13) |
| vs. | **ORDER DISMISSING ACTION, WITH PREJUDICE AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |
| WCC/GEO, et al., | |
|         Defendants. | |

Plaintiff Lorenzo McCray ("plaintiff") is proceeding pro se in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 21, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed September 21,
8 2005, is ADOPTED IN FULL; and,
9    2.   This action is DISMISSED, with prejudice, for
10 plaintiff's failure to obey the court's order of August 3, 2005,
11 and for failure to state any claims upon which relief may be
12 granted under Bivens.
13   3.   Judgment for defendants to be entered.
14   IT IS SO ORDERED.
15 **Dated:  October 27, 2005**              /s/ Robert E. Coyle
     668554                          UNITED STATES DISTRICT JUDGE